M. Diane KOKEN, Insurance Commissioner, Commonwealth of Pennsylvania

v.

LEGION INSURANCE COMPANY

Bensalem Township, Florida Workers Compensation Insurance Guaranty Association, Psychiatrists' Purchasing Group, Inc., Pulte Homes, Inc., American Airlines, Rural/Metro Corporation, Daniel Elrod, Shirley Elrod, Metro Atlanta Landscape and Turf Association (MALTA), Kerry Kessler, Atwood Oceanics, Inc., Mutual Risk Management, Ltd (MRM), Joseph McIntyre, Randstad North America, L.P., Florida Insurance Guaranty Association, Intervenors

Appeal of Rural/Metro Corporation, Intervenor.

Supreme Court of Pennsylvania.

July 19, 2005.

### ORDER

PER CURIAM.

AND NOW, this 19th day of July, 2005, the order by the Commonwealth Court dismissing for lack of jurisdiction is AFFIRMED.

Darryl BUCK, Appellant,

v.

Jeffrey A. BEARD, Secretary Pennsylvania Department of Corrections, et al., Appellees.

Supreme Court of Pennsylvania.

Argued Nov. 30, 2004.
Decided July 19, 2005.

